**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NORAH FLAHERTY, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-07255 |
| Plaintiff, | Honorable Judge John Z Lee. |
| v. | **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |
| JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendant. | |

Now comes the Plaintiff, NORAH FLAHERTY ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys, and for her Response to the Motion to Dismiss Plaintiff's Complaint filed by Defendant, JOHNSON & JOHNSON CONSUMER, INC. ("Defendant"), Plaintiff alleges and states as follows:

On January 21, 2021, Defendant filed its Motion to Dismiss Plaintiff's Complaint (Doc. #17). Fed. R. Civ. P. 15(a)(1) provides:

> *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course within…
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Plaintiff has not yet availed himself of his right to amend his pleading as provided in Fed. R. Civ. P. 15(a)(1)(B).

Plaintiff has chosen to file his First Amended Complaint on February 11, 2021, rather than responding to Defendant's Motion to Dismiss, which is within 21 days after service of Defendant's motion under Rule 12(b).

Wherefore, Plaintiff respectfully requests this Honorable Court enter an order denying

Defendant's Motion to Dismiss Plaintiff's Complaint as moot, requiring Defendant to file an answer to Plaintiff's First Amended Complaint, and granting such further relief as the Court deems appropriate under these circumstances.

RESPECFULLY SUBMITTED,

NORAH FLAHERTY

By:    /s/ Todd M. Friedman
Attorney for Plaintiff
Illinois Attorney No. 6276496
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
Phone: (323) 306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com

/s/ Steven G. Perry
Attorney for Plaintiff
Illinois Attorney No. 6330283
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd, Suite 1700
Chicago, Illinois 60604
Phone: (224) 218-0875
Fax: (866) 633-0228
Steven.perry@toddflaw.com

/s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd, Suite 1700
Chicago, Illinois 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that, on February 11, 2021, a copy of the foregoing Response to Defendant's Motion to Dismiss was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Todd M. Friedman
Attorney for Plaintiff